# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual, | Case No.: 2:20-cv-10750-DSF-KS |
| Plaintiff, | *Hon. Dale S. Fischer* |
| v. | |
| HENRY TRAN, Trustee of The Tran Family Trust, Dated February 12, 2004; NAVY TANG, Trustee of The Tran Family Trust, Dated February 12, 2004; TSUNAMI 2001 CORPORATION, a California corporation; and DOES 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 25, 2020<br>Trial Date: Not on Calendar |
| Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before |
| 2 | it, and being fully advised finds as follows: |
| 3 | **IT IS ORDERED THAT:** |
| 4 | Plaintiff Phillip Walker's action against Defendants Henry Tran, Navy Tang, and |
| 5 | Tsunami 2001 Corporation is dismissed with prejudice. Each party will be responsible for |
| 6 | its own fees and costs. |

Dated: July 9, 2021

*/s/ Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge